IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYRA MOORE, on behalf of herself and others similarly situated,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RITE AID HDQTRS CORP., doing business as "RITE AID CORPORATION"; and LEXISNEXIS SEARCH SOLUTIONS, INC.,<br>　　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 13-1515 |

## O R D E R

**AND NOW,** this 10th day of September, 2013, upon consideration of Defendant Rite Aid's Motion for Random Assignment and to Strike the Plaintiffs' Designation of Related Actions (Document 7, filed May 16, 2013) and Plaintiff's Response in Opposition to Defendant Rite Aid's Motion for Random Assignment and to Strike Plaintiff's Designation of Related Actions (Document 11, filed May 30, 2013), **IT IS ORDERED** that, for the reasons stated in the attached Memorandum dated September 10, 2013, Defendant's Motion for Random Assignment is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Hon. Jan E. DuBois　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**