IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYRA MOORE, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO: 13-CV-1515 |
| v. | : : | |
| RITE AID HDQTRS. CORP. d/b/a RITE AID CORPORATION, | : : : | CLASS ACTION |
| Defendant. | : | |

**DEFENDANT RITE AID HDQTRS. CORP.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(1) and 56 of the Federal Rules of Civil Procedure, Defendant Rite Aid Hdqtrs. Corp. ("Rite Aid"), by its undersigned counsel, respectfully moves to dismiss or alternatively for summary judgment. In support thereof, Rite Aid submits the accompanying memorandum and incorporates by reference Rite Aid's memorandum and exhibits submitted in opposition to Plaintiff's Motion for Class Certification (ECF No. 57), which was filed on September 9, 2016.

Dated: December 6, 2016

**DUANE MORRIS LLP**

*/s/ Dana B. Klinges*
Dana B. Klinges
Charlotte E. Thomas
Oderah C. Nwaeze
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1143

*Attorneys for Defendant, Rite Aid Hdqtrs. Corp. d/b/a Rite Aid Corporation*