IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYRA MOORE, on behalf of herself and others similarly situated,**<br>    Plaintiff,<br><br>    v.<br><br>**RITE AID HDQTRS CORP., doing business as "RITE AID CORPORATION,"**<br>    Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 13-1515** |

# O R D E R

**AND NOW**, this 13th day of February, 2018, upon consideration of the Stipulation of the parties providing for the dismissal of this action,[1] following a telephone conference with the parties, through counsel, on February 13, 2018, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to named plaintiff, Kyra Moore, and **DISMISSED WITHOUT PREJUDICE** as to the putative class, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that, by agreement of counsel, **JUDGMENT IS ENTERED IN FAVOR OF** defendant, Rite Aid Hdqtrs Corp., doing business as Rite Aid Corporation, and **AGAINST** plaintiff, Kyra Moore.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.

---

[1] A copy of the letter from counsel dated February 12, 2018, with enclosed Stipulation, shall be docketed by the Deputy Clerk.